IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANDREA PAYNE, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | ) NO. 3:19-cv-00933 |
| | ) JUDGE RICHARDSON |
| v. | )<br>) |
| DOLLAR GENERAL CORPORATION, | )<br>) |
| Defendant. | |

## ORDER

Plaintiff has filed a Notice of Dismissal stating that the case is voluntarily dismissed without prejudice (Doc. No. 20). Although Plaintiff cites Fed. R. Civ. P. 41(a)(1)(A)(ii), that particular provision is inapplicable here because this is not a stipulation of dismissal signed by all parties who have appeared. Instead, Court construes the Notice as filed under Fed. R. Civ. P. 41(a)(1)(A)(i), which the Court infers was the intended rule. Under Fed. R. Civ. P. 41(a)(1)(A)(i), the Notice sufficed to dismiss this action without any action on the part of the Court. Since this Stipulation states that the dismissal is without prejudice, the dismissal is indeed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B). Accordingly, the Court acknowledges that this action has been **DISMISSED WITHOUT PREJUDICE** effective as of the time of the filing of the Notice, and the Clerk is directed to close the file.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE